AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP **1 0** 2024

**TAMMY H. DOWNS, CLERK**
**By:** _R. Moore_
**DEP CLERK**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   4:24mj00214 JJV |
| Eric Dillard | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Eric Dillard                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1): distribution of a controlled substance and possession with intent to
distribute a controlled substance (fentanyl)

Date:   08/21/2024

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

Hon. Joe J. Volpe,  United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8-22-24 , and the person was arrested on *(date)*  8-22-24 |
| at *(city and state)*  Little Rock, Arkansas . |
| Date:  8-26-24                                   _____ |
| *Arresting officer's signature* |
| SA Matt Newcomb |
| *Printed name and title* |