UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 11 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR 00151 LPR |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| ERIC DILLARD | ) | 21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 20, 2024, in the Eastern District of Arkansas, the defendant,

ERIC DILLARD,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about August 20, 2024, in the Eastern District of Arkansas, the defendant,

ERIC DILLARD,

knowingly and intentionally possessed with intent to distribute 40 grams or more, but less than 400 grams, of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION 1

Upon conviction of Counts 1 or 2 of this Indictment, the defendant, ERIC DILLARD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all

property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1 or 2 of this Indictment, the defendant, ERIC DILLARD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Counts 1 or 2 of this Indictment, the defendant, ERIC DILLARD, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐   NO TRUE BILL.            ☑   TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By: LAUREN ELDRIDGE
Bar No. 2014230
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Lauren.Eldridge@usdoj.gov